# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JINCHAO WEI, a.k.a. Patrick Wei,<br><br>Defendant. | Case No. 23CR1471-H<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR PRETRIAL CONFERENCE PURSUANT TO CLASSIFIED INFORMATION PROCEDURES ACT AND TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER** |

## ORDER

This matter coming before the Court upon the motion of the United States to designate a Classified Information Security Officer and the Court recognizing that the above-captioned case will likely involve classified information, it is hereby **ORDERED** that W. Scooter Slade, Supervisory Security Specialist, is designated as the Classified Information Security Officer (CISO) for this case. Mr. Slade is so designated pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Revised Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.

1

It is **FURTHER ORDERED** that, if Mr. Slade is unavailable for any reason, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Harry J. Rucker are hereby designated as alternate CISOs.

It is **FURTHER ORDERED** that, pursuant to Section 2 of CIPA, the Court sets a pretrial conference for October 2, 2023, at 1:30 p.m., to discuss CIPA procedures going forward, as well as set a briefing and submissions schedule regarding such matters. Approximately one week prior to the pretrial conference, the United States will submit a proposed order to the Court addressing said procedures and briefing schedule.

IT IS SO ORDERED.

DATED: 8/21/23

HONORABLE MARILYN L. HUFF
United States District Judge