UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-1471-H |
| v. | |
| JINCHAO WEI, | ORDER DECLARING CASE COMPLEX |
| Defendant. | |

Upon the motion of Mr. Wei to declare this case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), with the agreement of the parties, and good cause appearing,

IT IS ORDERED that the motion is granted and this case shall be deemed complex for purposes of the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. Based on the large volume of discovery, the complex nature of the prosecution and possible existence of novel questions of fact or law, it would be unreasonable to expect competent defense counsel to be able to effectively prepare for pretrial motions and trial within the period normally prescribed by the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., taking into account the exercise of due diligence.

Further, the Court finds excludable delay, under 18 U.S.C. § 3161(h)(7)(B)(ii), commences on August 21, 2023 and continues unless there is a contrary finding by the Court.

DATED: October 2, 2023

The Honorable Marilyn L. Huff
United States District Court Judge