UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JINCHAO WEI,<br><br>Defendant. | Case No. 23-cr-1471-H<br><br>ORDER MODIFYING BRIEFING SCHEDULE |

Upon the joint motion of the parties to modify the briefing schedule, and good cause appearing,

IT IS ORDERED that the motion is granted and the briefing schedule outlined in the Court's order [Dkt. 26] be modified to extend the time for filing by one month. Accordingly, the following briefing schedule shall apply to the contemplated filings in this case:

- December 1, 2023 – Deadline for Defendant to submit Motion to Suppress / Compel Disclosure of Information Obtained or Derived from the Foreign Intelligence Surveillance Act ("FISA"), pursuant to 50 U.S.C. §§ 1806 and 1825.

- March 1, 2023 – Deadline for United States to submit *ex parte*, *in camera* response and accompanying Unclassified, Redacted Response to any Motion to Suppress / Compel Disclosure of Information Obtained or Derived from the Foreign Intelligence Surveillance Act ("FISA"), pursuant to 50 U.S.C. §§ 1806 and 1825.

- March 1, 2024 – Deadline for United States to submit *ex parte, in camera* concerning CIPA Section 4 motion.
- March 18, 2024 – The Court will hold a status conference in this matter to set a briefing schedule for any further pre-trial motions. A week before the conference, the parties will meet and confer and submit a proposed briefing and hearing schedule for any other pre-trial motions.

Further, the Court finds excludable delay, under 18 U.S.C. § 3161(h)(7)(B)(ii), for the time period from October 2, 2023. until March 12, 2024.

DATED: 10/31/2023 .

The Honorable Marilyn L. Huff
United States District Court Judge