# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JINCHAO WEI, a.k.a. Patrick Wei,<br><br>Defendant. | Case No. 23-CR-1471-H<br><br>**ORDER DENYING DEFENDANT'S (1) MOTION FOR DISCLOSURE OF FISA RELATED MATERIALS AND (2) MOTION TO SUPRESS FRUITS OR DERIVATIVES OF ELECTRONIC SURVEILLANCE**<br><br>[Doc. No. 31.] |

On December 8, 2023, Defendant Jinchao Wei filed: (1) a motion for the disclosure of FISA related materials necessary to litigate motions for discovery; and (2) a motion to suppress the fruits or derivatives of electronic surveillance and any other means of foreign intelligence. (Doc. No. 31.) On March 8, 2023, the Government filed a response in opposition to Defendant's motions. (Doc. No. 35.) The Court held a hearing on Defendant's motions on April 22, 2024.

After conducting an in camera, ex parte review of the FISA materials and the Government's classified materials: (1) the Court finds that the electronic surveillance and physical search at issue in this case were both lawfully authorized and lawfully

conducted; (2) the Court concludes that the disclosure of the FISA materials and the Government's classified submission to Defendant is not authorized because the Court is able to make an accurate determination of the legality of the surveillance without disclosing the FISA materials or any portions thereof; (3) the Court holds that the fruits of electronic surveillance and physical search are not suppressed; (4) the Court denies Defendant's motions without an evidentiary hearing; and (5) the Court orders that the FISA materials and the Government's classified submissions be maintained under seal by the Classified Information Security Officer or his or her designee.  In sum, the Court denies Defendant's motions.

In addition, the Court reaffirms its March 20, 2024 scheduling order.  (Doc. No. 43.)  Also, the Court clarifies that any reply briefs in support of motions in limine (due November 25, 2024) are optional.

DATE: April 22, 2024

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE