UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) Case No. <u>23-cr-1471-H</u> <br> ) <br> v. ) <br> ) <br> JINCHAO WEI, ) ORDER MODIFYING BRIEFING <br> ) SCHEDULE <br> ) <br> Defendant. ) <br> ) <br> ) | |

  Upon the unopposed motion of the defendant to modify the briefing schedule, and good cause appearing,

  IT IS ORDERED that the motion is granted and the deadline for defendant to file a motion for reconsideration of the Court's order granting the government's motion for a protective order [Dkt. 49] is July 22, 2024.

  Further, all other dates in the Court's order [Dkt. 43] remain as set.

DATED: <u>6/25/2024</u>

                _____
                The Honorable Marilyn L. Huff
                United States District Court Judge