# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JINCHAO WEI, a.k.a. Patrick Wei,<br><br>Defendant. | Case No. 23CR1471-H<br><br>**VERDICT** |

We, the jury in the above-entitled cause, find the defendant, JINCHAO WEI,

_____ of the offense of Conspiracy to Commit Espionage as alleged in
((Guilty)/Not Guilty)  Count 1 of the indictment.

_____ of the offense of Espionage as alleged in Count 2 of the indictment.
((Guilty)/Not Guilty)

_____ of the offense of Conspiracy to violate the Arms Export Control Act
((Guilty)/Not Guilty)  as alleged in Count 3 of the indictment.

_____ of the offense of violating the Arms Export Control Act as alleged in
((Guilty)/Not Guilty)  Count 4 of the indictment (Boiler Water/Feedwater Technical Manual).

_____ of the offense of violating the Arms Export Control Act as alleged in
((Guilty)/Not Guilty)  Count 5 of the indictment (Propulsion Operating Guide).

_____ of the offense of violating the Arms Export Control Act as alleged in
((Guilty)/Not Guilty)  Count 6 of the indictment (Weapons Control Systems Manual).

_____ of the offense of Naturalization Fraud as alleged in Count 7 of the
((Guilty)/Not Guilty)  indictment.

(All counts: "Guilty" is circled.)

_____
Foreperson (signature redacted)

Date: 8/20/25
San Diego, California