**<u>SENTENCING SUMMARY CHART</u>**
**Sentencing Date: January 12, 2026**

USPO  [ ]
AUSA  [ ]
DEF  [X]

Defendant's Name: <u>JINCHAO WEI</u>                    Docket No.: <u>23-CR-01471-H</u>

Attorney's Name: <u>Sean Jones & Michael Bertola</u>                    Phone No.: <u>(619) 732-6332</u>

Guideline Manual Used: <u>USSG 2025</u>                    Agree with USPO Calc.: Yes ☐ No☐

Base Offense Level(s):  USSG § 2M3.1 Conspiracy Transmit National defense Info          <u>37</u>

Specific Offense Characteristics:

**<u>Total Offense Level:</u>**                                                                           **37**

Adjustment for Acceptance of Responsibility:                                      <u>--2</u>

Adjustment for Zero-Point Offender:                                                    <u>-2</u>

**Adjusted Offense Level:**                                                                   **33**

Criminal History Score:                                                                        <u>0</u>

Criminal History Category:                                                                  <u>I</u>

_____  Career Offender          _____  Armed Career Criminal

Guideline Range:                                                    from:  <u>135</u> mths
(Range limited by: _____minimum mand.  _____statutory maximum          to:  <u>168</u> mths

Departures:

Resulting Offense Level:                                                                    <u>33</u>
Resulting Guideline Range:                                          from: <u>135</u> mths
                                                                                   To:  <u>168</u> mths

**RECOMMENDATION**:  <u>We are requesting a sentence of 30 months custody. We are basing our recommendation on Mr. Wei's personal circumstances and characteristics, the facts and circumstances of the offense, and Mr. Wei's continued development.</u>

I have electronically notified all parties as to the filing of this document.

<u>s/Bertola</u>
Michael Bertola