# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JINCHAO WEI, a.k.a. Patrick Wei,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cr-01471-H-1<br><br>**ORDER RE: DEFENDANT'S REQUEST FOR ACCEPTANCE OF RESPONSIBILITY ADJUSTMENT** |

　　　　A sentencing hearing in the above case is currently schedule for Monday, January 12, 2026 at 1:30 p.m. (Doc. No. 165.) On January 5, 2026, Defendant Jinchao Wei, represented by retained counsel, filed a sentencing summary chart and a sentencing memorandum. (Doc. No. 173.) In his sentencing summary chart and sentencing memorandum, Defendant requests a 2-level downward adjustment for acceptance of responsibility. (<u>Id.</u>)

　　　　In light of Defendant's request for acceptance of responsibility for the counts of conviction, the Court orders as follow:

　　　　1.　　The Government must prepare a court document listing the factual basis and each element of each count of conviction. The Government must provide the factual basis and the elements of the counts of conviction to the defense, and the Government must be prepared to address the Defendant's request for acceptance of responsibility at the January

1

1. 12, 2026 sentencing hearing.

2. Should the defense disagree with the Government's factual basis and elements for each count of conviction, the defense should provide the Court with its version of the factual basis and elements for acceptance of responsibility.

3. Should Defendant Wei seek to receive acceptance of responsibility, he should be prepared to allocute in Court the factual basis for each count of conviction at sentencing. Defendant Wei may also sign the document with the factual basis prior to the January 12, 2026 sentencing hearing.

**IT IS SO ORDERED.**

DATED: January 7, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT