**SEAN M. JONES**, Esq./LL.M. (305370)
Jones Trial Attorneys
401 B Street, Suite 2010,
San Diego, CA 92101
Phone: (619)-732-6332
Email: Sean@JonesTrialAttorneys.com

**MICHAEL J. BERTOLA II** (SBN: 351590)
Rudolph Baker & Associates
419 19th Street
San Diego, California 92102
Telephone: 909-499-3465
Facsimile: 619-238-0144
Michael@davidbakerdefense.com

Attorneys for Jinchao Wei

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HON. MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JINCHAO WEI,<br><br>Defendant | Case No.: 23-CR-01471-001-H<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>DATE: 01/12/26<br>TIME: 1:30 p.m. |

## I.

## INTRODUCTION

JINCHAO WEI (hereinafter, Mr. Wei) submits the following sentencing memorandum in support of his sentencing recommendation of 30 months custody.

///

## II.

## STATEMENT OF FACTS

The Offense Conduct section of the PSR accurately reflects the facts in this matter aside from those objected to by Mr. Wei. Mr. Wei takes full responsibility for his conduct and expresses remorse for the damage to his community and pain suffered by his mother.

## III.

## GUIDELINES

Group 1:
| | |
|---|---|
| Base Offense Level [§2M3.1]: | 37 |
| **Adjusted Offense Level:** | 37 |

Group 2:
| | |
|---|---|
| Base Offense Level [§2M5.2]: | 26 |
| **Adjusted Offense Level:** | **26** |

Multiple Count Adjustment
| | |
|---|---|
| Increase in Offense Level: | +0 |
| Combined Adjusted Offense Level [§3D1.4]: | 37 |
| Zero-Point Offender [§4C1.1(a)&(b)]: | -2 |
| Acceptance of Responsibility [§3E1.1]: | -2 |
| **Total Offense Level:** | **33** |
| **Guideline Range:** | **135-168** |

Applying relevant sentencing guidelines brings Mr. Wei's total offense level to 33. Mr. Wei has zero criminal history points, placing him in criminal history category I. This gives Mr. Wei a guideline range of 135-165 months. For the reasons below Mr. Wei requests a downward variant sentence of 30 months custody.

## IV.

## INDIVIDUAL BEFORE THE COURT

Mr. Wei was born in Taiyuan, China, on August 10, 2000 to the married union of Mingli Wei and Dong Chen. Only two years after his birth, Mr. Wei's parents divorced.

Mr. Wei's only remembers being raised by his mother, uncle, and grandmother. Mr. Wei's father never attempted to contact Mr. Wei throughout his childhood.

His father's absence placed the family's entire financial burden onto Mingli. As a result, Mingli frequently worked long hours out of country. With both parents absent, Mr. Wei was primarily raised by his grandmother and uncle. Being raised by his grandmother and uncle left Mr. Wei with very few fond childhood memories. Both his uncle and grandmother suffered from mental instability. Mr. Wei recalls his uncle exhibiting strange behavior. His uncle performed, what he claimed were, Buddhist rituals involving live animals. Specifically, his uncle would buy live turtles and fish and dump the live animals in the family's shared bathtub. His uncle would then let the animals die in the bathtub. His grandmother exhibited similar erratic behavior. As a diagnosed bipolar, his grandmother experienced severe mood swings. In her depressive states, Mr. Wei's grandmother displayed great hostility towards Mr. Wei.

His uncle's and grandmother's mental health struggles resulted in Mr. Wei's severe emotional neglect. Mr. Wei never developed meaningful relationship with his grandmother or uncle. This made Mr. Wei desperately crave attention and personal connection.

At around 9 years old, Mr. Wei left his home to attend boarding school. Attending boarding school proved difficult for Mr. Wei. Mr. Wei spent considerable time attending class and completing coursework. His teachers were strict and even utilized physical punishment against students. In spite of this treatment, Mr. Wei maintained good grades and earned many awards. (Exhibit-1). Aside from academics, socializing with peers also proved difficult for Mr. Wei. Mr. Wei found it incredibly challenging to connect with his peers at boarding school. His peers frequently bullied him for his apparent lack of social intelligence and inability to follow social norms. After some time, Mr. Wei managed to develop a friendly acquaintance with one other student. However, this relationship primarily consisted of checking in on one another and failed to result in any meaningful bond.

One of the only times Mr. Wei returned home during his boarding school tenure occurred after the death of his grandmother. Upon his return home, Mr. Wei discovered that his grandmother's body remained in his family's residence despite her being deceased for several days. Mr. Wei silently questioned why his uncle and mother did not call emergency services or have the body removed. Mr. Wei believes that his uncle prevented this due to his religious beliefs. Regardless, this incident severely traumatized Mr. Wei.

A few years after the death of his grandmother, Mr. Wei's life underwent significant change. After years of developing a long-distance relationship, Mingli got engaged to Peter Lenz. The engagement prompted Mingli and Mr. Wei to relocate to Mr. Lenz's residence in Delavan, Wisconsin. Although moving to a different country intimidated him, Mr. Wei felt hopeful that the relocation could drastically improve his life. He was eager to leave the boarding school system and the erratic behavior of his uncle.

At 16 years old, Mr. Wei enrolled into Delavan-Darien high School as a sophomore. Mr. Wei immediately noticed a completely different atmosphere at his U.S. high school compared to the boarding schools in China. Most notably, the teachers and school faculty provided much better treatment for Mr. Wei. In contrast to the abusive treatment in China, Mr. Wei's American teachers made him feel respected. Additionally, Mr. Wei felt that the U.S. workload for students to be much more manageable. Even though Mr. Wei barely spoke English, he excelled in all his courses. Using google translate to decipher his coursework, Mr. Wei earned numerous academic achievements and sat atop his class. (Exhibit-2).

Unfortunately, aside from academics, Mr. Wei's relocation to the U.S. largely fell short of his hopeful expectations. Shortly after moving in, Mr. Lenz began treating Mr. Wei in an abusive manner. He commonly demeaned Mr. Wei through name calling and insults. Mr. Lenz was extremely critical of Mr. Wei and intentionally made him feel unwelcomed at his residence. Mr. Wei dreaded his hostile home environment but was unable to establish an outside support structure. Mr. Wei confronted the same social issues that he experienced in China. In addition to misunderstanding social cues, the language

barrier severely limited Mr. Wei's ability to establish social connections. Mr. Wei's hostile home environment combined with his inability to establish social connections resulted in severe feelings of isolation. This resulted in Mr. Wei desperation to leave Mr. Lenz's residence.

After graduating high school, Mr. Wei attended college but had his education interrupted by the COVID-19 pandemic. During his pause in education, Mr. Wei explored the possibility of pursuing a military career. Mr. Wei discovered that joining the military would allow him to move out of Mr. Lenz's home and fund his education. The opportunity to gain independence and financing for his higher education greatly intrigued Mr. Wei. After one particularly hostile encounter with Mr. Lenz, Mr. Wei made the decision to join the Navy.

Mr. Wei's experience in the Navy largely mirrored the other significant chapters of his life. Mr. Wei immediately proved himself as a high performer and overachiever. Mr. Wei sought to perform each task at the highest level possible. He utilized his inherent curiosity in developing a robust understanding of his duties. His dedication and attention to detail were noticed by his superiors and resulted in numerous performance-based awards. Mr. Wei took immense pride in his work and appreciated the recognition of his superiors.

Unfortunately, Mr. Wei found much less success in areas of his life that fell outside his duties as a sailor. Similar to experiences as a student, Mr. Wei's limited social intelligence impeded the development of peer relationships. Additionally, cultural differences and language barriers further impeded Mr. Wei's ability to socialize. Mr. Wei was often teased by his peers for his awkward mannerisms and ethnicity. Although Mr. Wei commonly responded to this teasing with shy laughter, this treatment contributed to Mr. Wei feeling isolated and unwelcomed by peer groups. Even amongst other Chinese-born sailors, Mr. Wei felt judged and out of place. He only maintained shallow relationships with his fellow Chinese sailors that entailed infrequent and cursory communications.

Examining Mr. Wei's life journey uncovers an array of personal characteristics that support leniency at sentencing. Mr. Wei's childhood and upbringing was far from ideal. He endured abandonment, neglect, and emotional abuse. His father's abandonment and his mother's job left him to be raised by two individuals who suffered from mental illnesses. Their mental illnesses produced erratic behavior and prevented them from forming anything close to average familial bonds with Mr. Wei.

Observing their behaviors failed to provide Mr. Wei with any practical instructions concerning socialization. This made Mr. Wei incredibly lonely but unable to establish connections with peers at school or elsewhere. His social isolation in and outside of home contributed to feelings of anxiety and depression. Attending boarding school only made these feelings worse. Mr. Wei was mistreated by his teachers and excluded by his peers. Moving to the U.S. failed to improve Mr. Wei's mental wellbeing as he endured Mr. Lenz's verbal and physical abuse. Additionally, adjusting to a new culture and dealing with a language barrier further isolated Mr. Wei. Mr. Wei joined the military to escape the abusive situation and gain independence. Unfortunately, joining the military failed to relieve the pain of loneliness.

His upbringing significantly affected his growth as an individual. No matter the setting or context, Mr. Wei struggles to form meaningful bonds with others. This has plagued Mr. Wei throughout the entirety of his life. Mr. Wei's psychological evaluation explains exactly how Mr. Wei's early trauma affects his present ability to establish personal connections.

Mr. Wei's ability to progress and develop in spite of the abuse he suffered displays tremendous perseverance. Despite early abandonment and emotional neglect, Mr. Wei never acted out with destructive behavior. Instead, Mr. Wei remained well behaved and developed a disciplined personality. This is truly remarkable considering that Mr. Wei lacked reliable role models to provide him with guidance and support. Mr. Wei's ability to develop those traits displays rare forms of perseverance and resolve. Mr. Wei displayed this resolve throughout his life by consistently performing at a high level academically and

professionally despite dealing with severe social isolation and feelings of anxiety and depression.

Aside from perseverance, Mr. Wei's high performance reflects his hard-working characteristics. Throughout his life, Mr. Wei proved himself as a highly motivated individual who consistently put forth great effort to accomplish his goals. Academically, average grades never satisfied Mr. Wei. Instead, Mr. Wei desired to exceed expectations and compete with those at the top of his class. Mr. Wei carried this hard-working nature into his teenage years and early adulthood. After graduating high school, Mr. Wei desired to attend college and obtain prestigious degrees. He intended to secure lucrative employment to attain financial freedom for himself and his mother. Faced with financial and housing obstacles Mr. Wei undertook the grueling task of joining the U.S. military to accomplish his goals. Unsurprisingly, Mr. Wei's high performance in the Navy received the recognition and admiration of his peers and superior officers. (Exhibit-3).

Importantly, Mr. Wei's offense conduct fails to define him as an individual and in no way overshadows his true good nature. As will be discussed in detail in the following section, many factors contributed to Mr. Wei's offense conduct. It did not result from a lack of morality or a desire to engage in criminal activity. His offense conduct represents truly unprecedented behavior and a gross deviation from his true character.

Mr. Wei's life journey proves that his character is fully deserving of leniency at sentencing. Although plagued by abuse and misfortune, Mr. Wei strived to be a productive member of society. Adversity never extinguished his motivation and Mr. Wei prevented it from negatively shaping his character. Unfortunately, early trauma and a severe lack of personal connections throughout his life took a heavy toll on Mr. Wei's mental health. However, this psychological fragility is not the fault of Mr. Wei or a testament of his character. Instead, Mr. Wei's vast accomplishments and impressive resolve accurately define him as an individual.

## V.

## NATURE AND CIRCUMSTANCES OF THE OFFENSE

Andy took advantage of Mr. Wei's naïve nature to significantly influence his actions.

Mr. Wei's psychological profile left him particularly vulnerable to Andy's demands. Mr. Wei suffered from a severe lack of personal connection. Aside from his mother, Mr. Wei completely lacked any meaningful personal connections. He talked to some other, Chinese born, U.S. Navy members but only through social media. While deployed and while at base Mr. Wei only had professional human interaction. The various messages and phone calls clearly demonstrate that Andy worked to establish a personal relationship with Mr. Wei. Andy positioned himself as a confidant and mentor to Mr. Wei. Most of the conversations focused on Mr. Wei's personal and work life. Andy not only became someone Mr. Wei could confide in; he also provided guidance and emotional stability. Aside from his mother, Mr. Wei's connection to Andy quickly became his strongest personal relationship.

Mr. Wei's lack of prior meaningful personal relationships undoubtable contributed to his anxiety and depression at the time of the offense. His lack of prior relationships also explains why Mr. Wei completely lacked the ability to set boundaries with Andy or assert himself and his desires. Mr. Wei desperately craved human connection and was eager to please one of the only individuals to ever show him interest.

Mr. Wei's psychological state during the offense conduct stands as strong mitigation. Mr. Wei's actions were in no way the result of any hatred or animosity towards the U.S. Government nor were they a means to get rich. Mr. Wei provided Andy with information simply because he was asked to do so and he did not fully recognize the harm in doing so. Importantly, in the beginning of the communications, Mr. Wei decided not to

talk to Andy immediately after becoming suspicious that he worked for Chinese intelligence. Mr. Wei clearly told Andy that he could not do what he requested from him. This prompted Andy to call Mr. Wei. During this call, Andy convinced Mr. Wei that what he was asking him to do was not espionage. Andy pretended to be a private businessman that was interested in obtaining basic naval and logistical knowledge. This conversation convinced Mr. Wei that Andy had no sinister intentions and that he genuinely valued Mr. Wei's knowledge.

Mr. Wei's communications with his mom prove that he completely failed to grasp the gravity of his actions. Mr. Wei believed that the information he provided to Andy did not qualify as secret information required for espionage. This was shown in conversations between Mr. Wei and his mother that said his work was not of the secret kind. Mr. Wei knew the information he provided was readily accessible online. He eagerly explained things to Andy due to Mr. Wei's genuine interest in the subject matter. He did not sell Andy the information in a common-sense manner. He agreed to give Andy information without first confirming whether or not he would receive compensation. In fact, it was Andy who kept insisting that he would pay Mr. Wei. It took Mr. Wei months to finally provide his PayPal information to Andy. His apparent indifference to payment further shows that Mr. Wei believed he had a casual relationship with Andy and not a covert and highly risky endeavor.

Additionally, factors like the insider threat training and the manner in which the documents were uploaded through a fake website failed to put Mr. Wei on notice that he was engaged in espionage. As proven at trial, there were no solid mechanisms to ensure participants learned any of the information provided in the insider threat training. Although there were test assessments, participants could simply click next without reading any of the material and still obtain the certificate of completion. Mr. Wei did not even remember taking the course or any of information provided therein. Uploading the documents through a fake website also failed to put Mr. Wei on notice. Mr. Wei believed Andy wanted him to upload documents in this manner to bypass security measures implanted by the Chinese

government. Mr. Wei believed that Andy wanted to conceal this from the Chinese government due to his position at a private shipbuilding company.

Even without considering Mr. Wei's explanation, the evidence presented at trial shows that this is far from an average espionage case. Mr. Wei's communications both with and about Andy display a very odd relationship. Andy clearly established good report with Mr. Wei and the two mainly discussed personal issues. Andy made sure to always ask Mr. Wei how him and his mother were doing. He gave Mr. Wei career advice and frequently inquired about his plans for the future. Given that it was one of the only people he got to communicate with, Mr. Wei clearly enjoyed communicating with Andy. This relationship stands in sharp contrast to an individual engaging in espionage out of patriotism or financial gain.

## VI.

## THE REQUESTED SENTENCE IS SUFFICIENT BUT NOT GREATER THAN NECESSARY

The requested sentence is entirely sufficient considering Mr. Wei's background, family, acceptance of responsibility and remorse.

The requested sentence adequately furthers the goals of sentencing. On retributive grounds, Mr. Wei's requested sentence adequately punishes Mr. Wei. Mr. Wei's requested sentence constitutes a considerable amount of time in custody. Mr. Wei will lose much of his young adulthood behind bars. Incarceration will be particularly hard on Mr. Wei due to his social issues and mental health conditions. His post-arrest incarceration has only worsened his feelings of isolation and significantly increased his anxiety and depression. Other inmates mistreat and criticize him due to his lack of social awareness. Mr. Wei's mother remains his only real support figure outside of custody. Additionally, once released from custody, Mr. Wei will have a serious criminal record following him for the rest of his life. Living in the digital age and the highly publicized nature of his case, will severely limit Mr. Wei's opportunities in perpetuity. Mr. Wei will be punished for his conduct long after the conclusion of any custodial sanction.

Similarly, Mr. Wei's requested sentence adequately serves utilitarian goals. This experience has squarely instructed Mr. Wei on the fault of his actions. Any ignorance to the severity of his actions has been sufficiently erased. Mr. Wei now understands the immense potential damage that these actions could have caused. Additionally, Mr. Wei understands the negative impact his actions have had on himself and his mother. This event has changed both of their lives forever and will deter Mr. Wei from committing similar future conduct.

Mr. Wei's requested sentence also sufficiently serves general deterrence grounds. Mr. Wei's requested sentence is squarely in line with similarly situated defendants who have been convicted of similar conduct. On September 4, 2025, Michael Schena received a federal sentence of 48 months custody for conspiring to collect and transmit national defense information to individuals he believed to be working for the government of the People's Republic of China. (Eastern District of Virginia 1:25-CR-158). There were even more aggravated facts in Mr. Schena's case, in which he met with Chinese government officials at a hotel in Peru and received a special cell phone used to send pictures of classified documents once he returned to the U.S. He also received payment at this meeting.

A. *Factors Diminishing Risk of Recidivism*

There are many factors that reduce Mr. Wei's risk of recidivism. First, the nature of Mr. Wei's offense conduct makes similar future conduct unlikely. Mr. Wei's conviction makes it so that he will never have such access to such type of documents ever again. Additionally, Mr. Wei will be placed on an extensive probationary period once released from custody that will assuredly contain conditions that monitor and restrict his internet usage. These safeguards will ensure that Mr. Wei cannot engage in any similar conduct long after his release from custody. Regardless, Mr. Wei has absolutely no desire to commit similar future acts. He understands the inherent danger in such conduct and possesses absolutely no desire to harm the U.S. in any manner.

Second, Mr. Wei's access to resources and solid plans for the future significantly increase his chances of successfully reintegrating back into society. Mr. Wei will reside

with Mingli upon being released from custody. Having a stable residence will allow Mr. Wei to achieve his plans for the future. Mr. Wei wants to utilize the resources made available by probation to reintegrate in the best manner possible. He intends to attend an online trade school and get certified in a field like electrical or welding. Such a career choice will allow Mr. Wei to earn a respectable and steady income. These fields of work will allow Mr. Wei to be self-employed in case his criminal record impedes him securing employment at a company.

Lastly, aside from professional aspirations, Mr. Wei plans to join a church group. Joining this kind of group will have a profound impact on Mr. Wei's reintegration. Having a stable community that provides human interaction and connection will hopefully solve the major problems that have plagued Mr. Wei throughout his life. Since his socialization issues largely contributed to his offense conduct, being a part of a tight knit community will significantly reduce Mr. Wei's risk of recidivism.

*B. Mr. Wei's Decision to go to Trial should not be Viewed as an Aggravating Factor at Sentencing.*

Mr. Wei's decision to go to trial should not be weighed against him for purposes of sentencing. Mr. Wei's previous attorneys wholly failed to discuss possible plea agreements with Mr. Wei. His prior attorney made him feel that going to trial was his only option. Additionally, his prior attorney never reviewed discovery with Mr. Wei and only had three brief meetings with him throughout nearly two years of representation. This completely left Mr. Wei in the dark about the weight of evidence against him and benefits of pleading guilty.

Once Mr. Wei retained Sean Jones as his attorney the only plea deal available required Mr. Wei to plead guilty to the naturalization fraud charge. A conviction for naturalization fraud likely results in loss of citizenship and deportation. Regardless of the immigration consequences, Mr. Wei could not plead guilty because he maintained his innocence of that charge. Mr. Wei's subsequent acquittal of naturalization fraud at trial provides merit to Mr. Wei's decision not to accept the government's only plea offer.

In light of these factors, Mr. Wei's decision to go trial should not presently be held against him. Mr. Wei's accepts the wrongfulness of his actions but was never provided the opportunity to come to an agreement with the government. Mr. Wei was only made aware of a plea offer weeks before his trial. Not only did the plea offer carry significant immigration penalties but Mr. Wei had legitimate reasons to reject it.

## VII. CONCLUSION

For these reasons, Mr. Wei respectfully requests that the Court sentence him to 30 months custody.

DATE: January 5, 2026                Respectfully submitted,


                              s/Sean Jones
                              SEAN JONES
                              Attorney for Defendant
                              JINCHAO WEI


                              s/Michael Bertola
                              MICHAEL BERTOLA
                              Attorney for Defendant
                              JINCHAO WEI



                              I HAVE ELECTRONICALLY NOTIFIED
                              ALL PARTIES AS TO THE FILING OF
                              THIS DOCUMENT

                                   s/Michael Bertola
                              Michael Bertola

Exhibit-1





















Exhibit-2

# Delavan-Darien High School
## Academic Letter Award



This is to certify that

### Jinchao Wei

Has been awarded this Certificate for
Outstanding Academic Achievement.

SUPERINTENDENT          May 1, 2017          PRINCIPAL
                           DATE

# Delavan-Darien High School
## Academic Letter Award



This is to certify that

### Jinchao Wei

Has been awarded this Certificate for
Outstanding Academic Achievement.

SUPERINTENDENT          April 30, 2018          PRINCIPAL
                            DATE

# Delavan-Darien High School
## Academic Letter Award



This is to certify that
### *Jinchao Wei*
Has been awarded this Certificate for
Outstanding Academic Achievement.

_____
SUPERINTENDENT

**April 29, 2019**
DATE

_____
PRINCIPAL

# Student Achiever Award

### JINCHAO WEI
name of student

has been recognized for academic success by

Delavan-Darien High School
school

 uw credit union

grade    12    on    April 29, 2019
date



Cecelia Gore
Executive Director
Brewers Community Foundation



Craig Counsell
Manager
Milwaukee Brewers Baseball Club





*President's Education Awards Program*

*presented to*

*Jinchoa Wei*

*in recognition of*

*Outstanding Academic Achievement*

*2019*

*U.S. Secretary of Education*

*Jim Karedes*
*Principal*

*President of the United States*
*Delavan-Darien High School*
*School*



**ACT PREP**
**CERTIFICATE OF COMPLETION**

THIS AKNOWLEDGES THAT

**Patrick Wei**

HAS SUCCESSFULLY COMPLETED THE ACT PREP SUMMER ACADEMIC CAMP
AT THE UNIVERSITY OF WISCONSIN-WHITEWATER PRECOLLEGE PROGRAMS

PAMELA WARREN
UW-SYSTEM EXECUTIVE DIRECTOR

TIFFANY D. ADKINS
DIRECTOR OF SUMMER OPERATIONS

July 21, 2017
DATE OF COMPLETION

July 21, 2017
DATE OF COMPLETION

Exhibit-3



**20:56** 

‹    **SWESC Great Lakes's post**

👍 **Like**        ○ **Comment**        ↗ **Share**



Congratulations to Fireman Jinchao Wui for graduating top of your class. keep up the hard work while attending a school.

🅾 You and 1 other



# RECRUIT HONOR RIBBON



*is presented to*
### Fireman Jinchao Wei

*for demonstrating superior performance throughout Basic Military*
*Training in the areas of academics, physical readiness, recruit*
*leadership, and commitment to Navy core values.*

24 September 2021

LCDR Katy T. Bock, USN
Military Training Director, Recruit Training Command