**MICHAEL J. BERTOLA II (**SBN: 351590)
Rudolph Baker & Associates
419 19th Street
San Diego, California 92102
Telephone: 909-499-3465
Facsimile: 619-238-0144
Michael@davidbakerdefense.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JINCHAO WEI,  Defendant. | Case No. 23-CR-1471-H  **LODGEMENT OF DOCUMENTS** |

The defendant, JINCHAO WEI, by and through his attorneys of record, MICHAEL BERTOLA & SEAN JONES, hereby files the enclosed documents. We request permission to make further argument at the time of sentencing.

DATED: **January 9, 2026**                              Respectfully submitted,

                                                        s/ Michael Bertola
                                                        MICHAEL J. BERTOLA
                                                        Attorney for Defendant
                                                        JINCHAO WEI

1

## CERTIFICATE OF SERVICE

I have electronically notified all parties as to the filing of this document.

                        s/Bertola
                      Michael Bertola