Your Honor,

Thank you so much for taking the time to read my letter. I can only imagine what your schedule must look like and I'm grateful for the opportunity to be able to write to you during this incredibly stressful period of time for my Mother and I.

Since my arrest, all the way to present, I have had enormous amount of time for reflection and introspection, which has highlighted how incredibly stupid, naive and careless I was. This has bred an incessant feeling of shame, humiliation and intense remorse that perpetually reverberates down to my very core every single day.

I'm now 25 years old and when I came to this wonderful country from China when I was 16, I was looking forward to seizing the chance at helping my mother while doing something I would be proud of. Unfortunately, my mother met a truly unsavory character who domestically abused her and used us for years. I went from a plain introvert into a young man who had, quite literally, had his self-esteem, confidence, ability to engage with others and trust destroyed. In an effect to remove myself from the situation, I pledged my allegiance to the United States of America to serve with the amazing men and women of the finest Navy in the world. I did this despite all the odds, challenges and personal medical issues I faced. I was accepted, engaged in a job I throughly enjoyed, and which many could not enjoy and approached it like an academic endeavor — striving to be the best at what I did. Ultimately, I desired to give my mom a better life and to show my appreciation, gratitude and thanks to my host country and the people who gave me a chance to succeed. Unfortunatly, I've let every one of them down, including myself.

Ma'am, I'm truly sorry for what I did. Someone built a relationship with me who I wholeheartedly believed to be a friend who shared a Maritime interest. I should never share anything with him. I completely understood the gravity of situation now, as well as the nature of those documents, the possible ramifications of those documents have been in the hands of someone whose true intention was unknown to me. Your Honor, I am a good and decent person — happy and full of love, and my introversion and loneliness clouded my judgement regarding friend or foe.

I have been working tirelessly to improve the way I review and navigate life, my experiences and interpersonal relationships through a lot of self-help Christian literature, detention facility's Edovo online classes, as well as developing my faith using jail's library and chaplaincy services. Nevertheless, I humbly and profusely apologise for not being wise, mature, aware enough, wasting taxpayer's money and eroding people's trust in me. I take full responsibility for my careless actions.

Your Honor, I feel as though I am unable to adequately articulate how awful I feel about what I did and the shame I brought on myself, my mother, my Navy mentor Chief Francisco Ceja, the Navy and my country. Yes, I screwed up. But ma'am if you could find in yourself to be able to show me some love and mercy in your Honorable Conclusion. I would, without fear of contradiction, pay it forward and help others for the rest of my life. That, you have my word.

Yours Respectfully,

Jinchao Wei