# SUPPORT LETTER FOR JINCHAO WEI

To: The Honorable Judge

Dear Judge,

I am writing to you as the mother of my son, Jinchao Wei.
I come from a traditional Chinese family. Both of my parents passed away long ago. Jinchao was born on August 10, 2000, in Taiyuan, China. I divorced in 2002 when Jinchao was only sixteen months old. The reason for the divorce was that my ex-husband was unfaithful and spent all our savings. After the divorce, he sold the house and disappeared, leaving me to raise Jinchao alone.

In China, divorced women were not well accepted, and I faced discrimination and hardship. I had to quit my job many times and find new ones to support my son. Most of the money I earned was used to care for my sick mother. When Jinchao was one and a half years old, he once asked me, "Mom, why do other kids have a father but I don't?" I told him, "Your father is working abroad. You will meet him one day." He never asked again.

When Jinchao was ten years old, I sent him to a boarding school so that I could continue working and take care of my mother, who was seriously ill. Before that, I could not spend much time with him because I had to work long hours to earn money for our living expenses and to pay my mother to help take care of him. Later, when my mother became very sick, I quit my job and stayed home to take care of her for almost a year until she passed away. During that time, I finally had the chance to spend weekends, holidays, and school breaks with my son.

Jinchao grew up to be a kind, polite, and hardworking boy. He always helped people in need, especially the poor and homeless. He even buried dead animals he found on the street. If someone couldn't afford a bus ticket, he would pay for them. People often said, "You are a prince from the Himalayas, with a kind heart."

At school, he studied hard and was always among the top students. His teachers and classmates loved him. In 2016, we moved from China to Wisconsin, where I later married Peter Lenz. Peter had five children who were around my age, and they had already grown up and moved out to live their own lives. Before we got married, he told me that he would take good care of us and love us. I believed him and thought that, as a father himself, he would understand and love my child. But the truth was

1

very different — he treated his own children with kindness, but he was very harsh towards my son.

However, living with Peter was not easy. He often treated Jinchao harshly. He made my son work outside in the summer heat, scraping old paint from the wall with a triangular scraper, and sometimes yelled at him or hit him on the chest. When Jinchao showed sadness, Peter would say hurtful things and make him frightened.

Sometimes when I tried to talk to Peter about treating my son better, he would become angry and act in a frightening way. Once, he wrapped a towel around his neck and pretended to hang himself, saying "Let me die," just to scare us. After that, my son and I were too afraid to talk to him about anything and could only stay quiet and endure it.

Even though Peter treated him unfairly, my son never said bad things about him. Instead, he blamed himself and tried harder to do better. He wanted peace at home and worked hard to please everyone. Even a few kind words or small praise from Peter could make him happy for a long time. He truly believed that if he kept doing well, Peter would eventually change his attitude and treat him better.

Before his Navy boot camp, Peter was preparing for retirement. At that time, I was working part-time because I needed to take care of him, and I had no health insurance. Peter began to worry that if I got sick after his retirement, it might cause him financial problems, so he decided to divorce me and ordered me to move out immediately. Jinchao did everything he could to help me. He helped me find a place to live, arranged the rental, and even bought me a car. He repaired the car himself, and I am still driving that same car today—it has never had any problems. You can see how caring and responsible he is. During that difficult time, he even tried to talk to one of Peter's daughters, hoping she could persuade her father not to divorce me. But sadly, she spoke badly about me instead. Despite this, Jinchao stayed calm, respectful, and continued to help me.

Since he was a child, Jinchao has always been very interested in repairing and studying mechanical equipment. He enjoys learning how machines work and spends time fixing and improving things. He loved maintaining vehicles and other mechanical devices, often teaching himself through manuals and videos. His curiosity, patience, and problem-solving skills have always stood out.

During his time in Navy boot camp and A School, he worked very hard and graduated first in his class, earning a promotion to E3. While serving in the Navy in

San Diego, he was promoted to E4 and passed the E5 exam. He received several awards and was invited to have lunch with the ship's captain in recognition of his outstanding performance.

During his time in custody, as a devoted Christian, he continued to study and read the Bible regularly. He joined Christian fellowship meetings, exercised daily, and helped new inmates, especially those from China who had language difficulties. He also encouraged others to study the Bible together. His good behavior earned respect from everyone, even the correctional officers. During my visits, I often heard different officers tell me, "Your son is a great person."

Jinchao has always been kind, respectful, and strong in spirit despite all the difficulties he faced. I truly hope you can see the good heart and strong character he has shown since childhood.

Respectfully,
Mingli Wei
Mother of Jinchao Wei

**OFFICIAL TRANSCRIPT FOR:**
**WEI JINCHAO**

May 22, 2025 - Aug 13, 2025
GEO Group: El Centro, CA

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 73 | 63 | 10 | 31 |

## 31 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Bible Study I - Introduction and Understandin... | In this first section of the Bible Correspondence Fellowship course you will go through the Introduction and the Understanding the Bible lessons. The Bible... | **Time to pass:** 14 hr 42 min **Total time:** 14 hr 42 min | **PASSED** **Completed:** Jul 7, 2025 |
| God Connects | God Connects provide a video-based comprehensive view of the faith of Christians based on the Bible. | **Time to pass:** 14 hr 22 min **Total time:** 14 hr 22 min | **PASSED** **Completed:** Aug 2, 2025 |
| Prison Alliance: Who Is God | Learning to know and love God for who He is, His character, attributes and being | **Time to pass:** 6 hr 46 min **Total time:** 6 hr 46 min | **PASSED** **Completed:** May 29, 2025 |
| Don't Waste Your Life Study | This study guide is designed to be used in a ten-session study that examines each chapter of the book "Don't Waste Your Life" by John Piper (you will find the required... | **Time to pass:** 6 hr 21 min **Total time:** 6 hr 21 min | **PASSED** **Completed:** Jun 20, 2025 |
| Reading and Writing Mini-lessons | The mini-lessons are meant to help you learn key ideas for how to read and write in English. You do not have to take the course from beginning to end (but you can if you... | **Time to pass:** 3 hr 09 min **Total time:** 3 hr 09 min | **PASSED** **Completed:** May 27, 2025 |
| RLA - Reading Comprehension I | This is the first section of the Reasoning Through Language Arts portion of the GED. The Reading Literacy test will test your ability to determine the themes of the... | **Time to pass:** 2 hr 12 min **Total time:** 2 hr 12 min | **PASSED** **Completed:** Jul 5, 2025 |
| Social Studies - Civics and Government | This course covers topics to help you prepare for the Social Studies section of the GED, with a focus on civics and government. Specifically, you will learn about how... | **Time to pass:** 2 hr 09 min **Total time:** 2 hr 09 min | **PASSED** **Completed:** May 24, 2025 |

**WEI's Learner ID:** 09532506

**OFFICIAL TRANSCRIPT FOR:**
**WEI JINCHAO**

May 22, 2025 - Aug 13, 2025
GEO Group: El Centro, CA

| Course name | Overview | Time | Status |
|---|---|---|---|
| Learn to Rx: Developing Your Fitness Skills | Welcome to Learning to Rx with The Phoenix! In this course, you will participate in 5 workouts to build your fitness skills, no matter what level you are starting at today. ... | **Time to pass:** 1 hr 54 min **Total time:** 1 hr 54 min | **PASSED** **Completed:** Jun 4, 2025 |
| Staying Healthy for Beginners | In this course, you will learn basic information about health care, doctors, medicine, healthy food, and staying healthy. The information in this course comes from... | **Time to pass:** 1 hr 06 min **Total time:** 1 hr 06 min | **PASSED** **Completed:** Jun 5, 2025 |
| #18-God Helps Me Manage My Anger-WELS-Prison Ministry | Anger is an emotion that God intended for our good. Because sin has confused our thinking, anger is misused and results in actions that hurt other people and even... | **Time to pass:** 0 hr 59 min **Total time:** 0 hr 59 min | **PASSED** **Completed:** May 25, 2025 |
| WVBS: The Temple - Then and Now | When Jesus of Nazareth visited the Jewish Temple in Jerusalem, his disciples were excited to show Him the grandeur and beauty of this sacred and monumental pla... | **Time to pass:** 0 hr 57 min **Total time:** 0 hr 57 min | **PASSED** **Completed:** Jul 23, 2025 |
| Effective Writing Skills (Genesis Bible Institute) | Writing is a part of everyday life. From informal texts to business communications, to book writing, certain skills are necessary to write effectively and convey your... | **Time to pass:** 0 hr 54 min **Total time:** 0 hr 54 min | **PASSED** **Completed:** May 25, 2025 |
| ECS12B - Mother Sauces | In this course, you will learn about mother sauces. By the end of this lesson, you will be able to: 1. Identify the five mother sauces 2. Identify the ingredients of the mother sauc... | **Time to pass:** 0 hr 42 min **Total time:** 0 hr 42 min | **PASSED** **Completed:** Jul 24, 2025 |
| ECS14 - Soups | In this course, you will learn about soups. By the end of this lesson, you will be able to: 1. Explain the history of soups 2. Identify the six soup types explained in the course 3.... | **Time to pass:** 0 hr 42 min **Total time:** 0 hr 42 min | **PASSED** **Completed:** Jul 28, 2025 |
| ECS19 - Rice Cookery | In this course, you will learn about rice cookery. By the end of this lesson, you will be able to: 1. Explain the pilaf technique, its ingredients and equipment 2. Explain how t... | **Time to pass:** 0 hr 40 min **Total time:** 0 hr 40 min | **PASSED** **Completed:** Jul 29, 2025 |
| ECS09 - Culinary Knife Skills | In this course, you will learn about knife skills. By the end of this lesson, you will be able to: 1. Identify the importance of different knife cuts 2. Identify the different knife cut... | **Time to pass:** 0 hr 34 min **Total time:** 0 hr 34 min | **PASSED** **Completed:** Jul 13, 2025 |

| Course name | Overview | Time | Status |
|---|---|---|---|
| ECS11 - Thickening Agents | In this course, you will learn about thickening agents. By the end of this lesson, you will be able to: 1. Explain what a thickening agents are and their use 2.... | **Time to pass:** 0 hr 33 min **Total time:** 0 hr 33 min | **PASSED** **Completed:** Jul 24, 2025 |
| ECS08 - Culinary Knife 101 | In this course, you will learn about knives. By the end of this lesson, you will be able to: 1. Identify the anatomy of a knife 2. Identify knife use, care, and safety 3. Identify knife... | **Time to pass:** 0 hr 32 min **Total time:** 0 hr 32 min | **PASSED** **Completed:** Jul 9, 2025 |
| PCPM-Women Wrongfully Convicted | As of recent estimates, over 300 women have been exonerated in the U.S. since 1989. Women are more likely to be wrongfully convicted in cases involving child abuse,... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 27 min | **PASSED** **Completed:** Jun 6, 2025 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is n... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** **Completed:** May 23, 2025 |
| ECS20 - Pasta | In this course, you will learn about pasta. By the end of this lesson, you will be able to: 1. Identify the fundamentals and techniques of pasta 2. Explain how to make fresh pasta 3... | **Time to pass:** 0 hr 26 min **Total time:** 0 hr 26 min | **PASSED** **Completed:** Jul 31, 2025 |
| ECS13 - Emulsions | In this course, you will learn about emulsions. By the end of this lesson, you will be able to: 1. Explain what an emulsions are 2. Identify two examples of emulsions 3.... | **Time to pass:** 0 hr 23 min **Total time:** 0 hr 23 min | **PASSED** **Completed:** Jul 26, 2025 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Publi... | **Time to pass:** 0 hr 19 min **Total time:** 0 hr 19 min | **PASSED** **Completed:** May 23, 2025 |
| ECS03 - Equipment Identification Tools and... | In this course, you will learn about the basic tools and equipment used by chefs and cooks in a kitchen. By the end of this course, you will be able to: 1. Identify the... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 16 min | **PASSED** **Completed:** Jul 7, 2025 |
| ECS12A - Sauces Overview | In this course, you will learn about sauces. By the end of this lesson, you will be able to: 1. Identify the five mother sauces 2. Explain counterpoint and complementary flavors... | **Time to pass:** 0 hr 16 min **Total time:** 0 hr 16 min | **PASSED** **Completed:** Jul 13, 2025 |

| Course name | Overview | Time | Status |
| --- | --- | --- | --- |
| ECS06 - Equipment Identification - Ranges and... | In this course, you will learn about kitchen equipment such as ranges and ovens. By the end of this lesson, you will be able to: 1. Identify the four ranges types and their... | **Time to pass:** 0 hr 15 min **Total time:** 0 hr 15 min | PASSED **Completed:** Jul 11, 2025 |
| ECS10 - Stocks | In this course, you will learn about stocks. By the end of this lesson, you will be able to: 1. Identify the fundamentals of stocks 2. Explain how to make stock Culinary Arts wi... | **Time to pass:** 0 hr 15 min **Total time:** 0 hr 15 min | PASSED **Completed:** Jul 23, 2025 |
| ECS05 - Equipment Identification - Fryers, Grills ... | In this course, you will learn about kitchen equipment such as fryers, grills, and griddles section. By the end of this lesson, you will be able to: 1. Identify the... | **Time to pass:** 0 hr 14 min **Total time:** 0 hr 14 min | PASSED **Completed:** Jul 8, 2025 |
| ECS04 - Equipment Identification - Grinding,... | In this course, you will learn about kitchen equipment that aids in grinding, slicing, mixing, and pureeing. By the end of this course, you will be able to: 1. Identify the... | **Time to pass:** 0 hr 13 min **Total time:** 0 hr 13 min | PASSED **Completed:** Jul 7, 2025 |
| ECS07 - Equipment Identification - Refrigeration | In this course, you will learn about refrigeration. By the end of this lesson, you will be able to: 1. Identify the purpose of refrigeration 2. Identify basic refrigeration... | **Time to pass:** 0 hr 12 min **Total time:** 0 hr 12 min | PASSED **Completed:** Jul 13, 2025 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the... | **Time to pass:** 0 hr 11 min **Total time:** 0 hr 11 min | PASSED **Completed:** May 23, 2025 |

## Supplemental Learning - 9 hr 39 min

| Summary |
| --- |
| Listed below are the top **12** supplemental interactive learning items WEI has spent time on. In addition, WEI has engaged with **47 readings**, **70 learning videos**, and **11 audio recordings**. |

| Title | Time |
| --- | --- |
| The Whole Bible, An Overview | 3 hr 34 min |
| News Inside - Issue 11 | 1 hr 40 min |
| 5 Minutes in Church History | 1 hr 20 min |
| News Inside - Issue 18 | 0 hr 25 min |
| News Inside - Issue 12 | 0 hr 22 min |
| News Inside - Issue 17 | 0 hr 22 min |
| Knowing the Consequences | 0 hr 20 min |
| News Inside - Issue 13 | 0 hr 17 min |
| News Inside - Issue 16 | 0 hr 17 min |
| Lasting Consequences | 0 hr 14 min |
| PCPM-Solomon'S Temple | 0 hr 11 min |
| News Inside - Issue 19 - Strength Behind Bars | 0 hr 09 min |

## Transcript for WEI JINCHAO

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Anger Management | E-Learning Course | May 24, 2025 | May 24, 2025 | 0.1 | 1.00 | Passed | 90 | - | May 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | Jul 2, 2025 | Jul 2, 2025 | 0.05 | 0.50 | Passed | 88 | - | Jul 2, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Grammar | E-Learning Course | - | - | 0.15 | 1.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Grammar | E-Learning Course | Jul 19, 2025 | Jul 19, 2025 | 0.15 | 1.50 | Passed | 80 | - | Jul 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | Jul 19, 2025 | Jul 19, 2025 | 0.1 | 1.00 | Passed | 0 | - | Jul 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 10 | E-Learning Course | Jul 19, 2025 | Jul 19, 2025 | 0 | 0.00 | In Progress | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 10 | E-Learning Course | Jul 19, 2025 | Jul 19, 2025 | 0 | 0.00 | In Progress | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 10 | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| News Inside Issue 10 | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 01 - Table of Contents, Introduction & Genesis / Roots | E-Learning Course | Jun 14, 2025 | Jun 14, 2025 | 0 | 1.00 | Passed | 83 | 70 | Jun 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 01 - Table of Contents, Introduction & Genesis / Roots | E-Learning Course | Jun 14, 2025 | Jun 14, 2025 | 0 | 1.00 | Passed | 83 | 70 | Jun 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 02 - Genesis / A Good Man Is Hard To Find | E-Learning Course | Jun 14, 2025 | Jun 15, 2025 | 0 | 0.50 | Passed | 90 | 70 | Jun 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 03 - Genesis / Getting Away From It All | E-Learning Course | Jun 15, 2025 | Jun 15, 2025 | 0 | 1.00 | Passed | 77 | 70 | Jun 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 03 - Genesis / Getting Away From It All | E-Learning Course | Jun 15, 2025 | Jun 15, 2025 | 0 | 1.00 | Passed | 77 | 70 | Jun 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 04 - Genesis / Little Children-Little Problems | E-Learning Course | Jun 15, 2025 | Jun 15, 2025 | 0 | 0.50 | Passed | 91 | 70 | Jun 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 05 - Genesis / Think You've Got Trouble | E-Learning Course | Jun 15, 2025 | Jun 17, 2025 | 0 | 0.75 | Passed | 100 | 70 | Jun 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 05 - Genesis / Think You've Got Trouble | E-Learning Course | Jun 16, 2025 | Jun 17, 2025 | 0 | 0.75 | Passed | 100 | 70 | Jun 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 06 - Exodus / The Birth Of A Nation | E-Learning Course | Jun 20, 2025 | Jun 20, 2025 | 0 | 0.75 | Passed | 80 | 70 | Jun 20, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 06 - Exodus / The Birth Of A Nation | E-Learning Course | Jun 17, 2025 | Jun 20, 2025 | 0 | 0.75 | Passed | 80 | 70 | Jun 20, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 07 - Exodus / Let's Get The Heck Out Of Here | E-Learning Course | Jun 20, 2025 | Jun 21, 2025 | 0 | 0.75 | Passed | 83 | 70 | Jun 21, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 08 - Exodus / Let's Get Technical | E-Learning Course | Jun 21, 2025 | Jun 25, 2025 | 0 | 0.75 | Passed | 80 | 70 | Jun 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 09 - Leviticus / Feed And Care For Your Soul | E-Learning Course | Jun 25, 2025 | Jun 26, 2025 | 0 | 0.75 | Passed | 83 | 70 | Jun 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 10 - Numbers / Journeying To The Promised Land | E-Learning Course | Jun 27, 2025 | Jun 27, 2025 | 0 | 1.00 | Passed | 75 | 70 | Jun 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Bible For The Clueless But Curious - Section 10 - Numbers / Journeying To The Promised Land | E-Learning Course | Jun 28, 2025 | Jun 28, 2025 | 0 | 1.00 | Passed | 75 | 70 | Jun 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The Bible For The Clueless But Curious - Section 11 - Deuteronomy / A Few Words Before We Part | E-Learning Course | Jun 28, 2025 | Jun 29, 2025 | 0 | 2.00 | Passed | 83 | 70 | Jun 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Writing Skills | E-Learning Course | Jul 19, 2025 | Jul 19, 2025 | 0.05 | 0.50 | Passed | 100 | - | Jul 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

Certifies tat

# I ICH

as successfull comleted

## riting ills

on

ul 19 2025

Cloc Hours: 0.50
Cs arned: 0.05

Paul . Cer President  C
Ceror Inc.

# Certifies tat

# I ICH

## as successfull comleted

### anaging tress

### on

### ul 19 2025

Cloc Hours: 1.00
Cs arned: 0.1

Paul . Cer President  C
Ceror Inc.

Certifies tat

# I ICH

as successfull comleted

# rammar

on

ul 19 2025

Cloc Hours: 1.50
Cs arned: 0.15



Paul . Cer President  C
Ceror Inc.

Certifies tat

# I ICH

as successfull comleted

## nger anagement

on

a 24 2025

Cloc Hours: 1.00
Cs arned: 0.1



Paul . Cer President  C
Ceror Inc.