Print Form          Clear Form

Attorney Name and Address:

NAME AND ADDRESS OF ATTORNEY
SEAN M. JONES, ESQ./LL.M. (305370)
401 B Street, Suite 2010
San Diego, CA 92101

PHONE: (619) 732-6377
___✗___RETAINED_____APPOINTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. M. Huff          COURT REPORTER_____

UNITED STATES OF AMERICA          )
                                  )
                                  )     CASE NO. 23-CR-01471-001-H
                                  )
                                  )     NOTICE OF APPEAL          (Criminal)
            vs.                   )
                                  )
   JINCHAO WEI                    )
                                  )
                                  )
_____)

          Notice is hereby given that _____Jinchao Wei_____,
defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the
Ninth Circuit from the:          (check one)
(**x**) Final Judgment
(**x**) Sentence Only (sentence imposed)   **200 Months + 3 years supervised release**_____
( ) Order (describe) _____
entered in this proceeding on the_____**12th**_____ day of____**January, 2026**____. 19_____
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C.
§3742(b)(4)_____Yes_____No

Date: Jan 20. 2026_____                                    **Sean Jones**
                                        Signature

Transcripts required*_____✗_____Yes_____No

Date  ✔) Indictment      ( ) Information Filed:   **February 29, 2024 (superseding indictment)**
Bail status_____
Will there be a request to expedite the appeal?_____Yes_____No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in
accordance with FRAP 27).

_____

* If transcript(s) required, a transcript designation and ordering form must be completed and the
court reporter(s) contacted to make arrangements for transcription.

K:\COMMON\CSA\forms\2005\appeal_crim.wpd Nov 16, 2009