UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Case No. 23CR1471-H
                               )
            Plaintiff,         )   San Diego, California
                               )
vs.                            )   Monday,
                               )   November 4, 2024
JINCHAO WEI,                   )   2:00 p.m.
                               )
            Defendant.         )
_____)

TRANSCRIPT OF STATUS HEARING
BEFORE THE HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:           ADAM P. BARRY, ESQ.
                             United States Attorney's Office
                             601 D Street, Northwest
                             Washington, DC 20579

                             JOHN N. PARMLEY, ESQ.
                             FRED A. SHEPPARD, ESQ.
                             United States Attorney's Office
                             880 Front Street
                             Suite 6293
                             (619) 557-5610

For the Defendant:           JASON T. CONFORTI, ESQ.
                             Law Office of Jason T. Conforti
                             600 West Broadway
                             Suite 700
                             San Diego, California 92101
                             (619) 274-8036

Transcript Ordered by:       TODD W. BURNS, ESQ.


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

*Echo Reporting, Inc.*

ii

Court Recorder:                    Lynnette Lawrence
                                   United States District Court
                                   333 West Broadway
                                   San Diego, California 92101

Transcriber:                       Chinago Okonta
                                   Echo Reporting, Inc.
                                   9711 Cactus Street, Suite B
                                   Lakeside, California 92101
                                   (858) 453-7590

1

SAN DIEGO, CALIFORNIA  MONDAY, NOVEMBER 4, 2024 2:00 P.M.

--oOo--

THE CLERK:  Calling matter number 12, 23CR1471, United States of America versus Jinchao Wei, for a status hearing.

MR. CONFORTI:  Good afternoon, your Honor.  Jason Conforti on behalf of Mr. Wei, who's in custody and will be present shortly.

MR. PARMLEY:  John Parmley and Adam Barry for the United States.  Good afternoon.

THE COURT:  Good afternoon.

MR. BARRY:  Good afternoon.

THE COURT:  Mr. Wei is now before the Court.  The parties asked the Court to convert this hearing to a status hearing, and the parties have a joint proposal for some new dates.  Is that correct?

MR. CONFORTI:  That's correct, your Honor.

THE COURT:  All right.

So the parties agree to the jury trial, March 11th, 2025.  Is that correct?

MR. PARMLEY:  Yes, your Honor.

MR. CONFORTI:  Yes, your Honor.

THE COURT:  I may have a conflict on either March 20 or 21.  I think it's more on 21, but we can handle that during the course.  We don't know how long the trial would

2

last either.

Then February 3rd, 2025, the parties are to file their motions in limine.  Is that correct?

MR. PARMLEY:  Yes, that's the proposal, your Honor.

MR. CONFORTI:  Yes, your Honor.

THE COURT:  And February 17, 2025, a deadline for the parties to file any opposition to the motions in limine.

MR. PARMLEY:  Yes.

MR. CONFORTI:  That's the date, your Honor.  Yes, please.

THE COURT:  Do you think replies are even necessary?

MR. PARMLEY:  I wouldn't think so, but --

THE COURT:  I -- let's say no replies absent further order of the Court, if there's something that comes up and it needs to have further briefing, then you can apply for a reply, but no reply absent further order of the Court.

MR. PARMLEY:  Okay.

MR. CONFORTI:  That sounds terrific.

THE COURT:  And then we have March 3rd, the motion in limine hearing, and that will be at 1:00 -- let's do that at 1:30.

MR. PARMLEY:  Yes.  Thank you.

THE COURT:  And then the jury trial at 9:00 o'clock on March 11, 2025.

3

Do we -- does the Government agree that no classified information will be used, so I don't need a special court reporter?

MR. PARMLEY:  That's correct, your Honor.

MR. CONFORTI:  I defer to the Government, your Honor.

THE COURT:  All right.

And then the parties estimate that the trial will be a week and may go into the second week.  That should be fine for the Court's schedule because I'm only potentially out the 21st of March, potentially, and I'm not sure about the 20th.

So what is the status of now the discovery that you reviewed?

MR. CONFORTI:  Thank you, your Honor.

I'm still in the process of reviewing it, and I wanted to put on the record today saying I've talked about this, that the reason for this joint request is that I wouldn't be ready to go to trial in December for a number of reasons, but I would be ready to go in March.  And we worked backwards from those dates together nicely to figure out the briefing schedule that your Honor just went over.

I was out for about five and a half weeks because of surgery and some complications.  And in addition to that, when we set this original trial date, I had mentioned to the

4

Court that I have another case in front of Judge Sabraw, which is an 03CR case that is also set to begin trial the week of December 2nd and 3rd.

THE COURT:  Well, this time, I've granted your request for the continuance.

MR. CONFORTI:  No, no.  I understand.  I'm just giving background to the Court.

So, as of now, we don't have any outstanding discovery issues.  I have a couple running lists of informal requests I will bring to the Government, and I'm sure we'll work through it.  If not, we'll bring it to the Court's attention.  But I'm in the process of still reviewing the discovery that I've received thus far and will be, in my estimation, ready to go to trial on these dates.  And so I think everything is going as smooth as we can be.

THE COURT:  Do you need a -- will either side need a special interpreter?

MR. PARMLEY:  The United States will not.

MR. CONFORTI:  At this point, I don't believe I will either.

THE COURT:  All right.  Thank you.

And then is -- are there any additional motions that the parties contemplate?

MR. PARMLEY:  Not from the United States, your Honor.

5

MR. CONFORTI:  Not at this time, your Honor.

THE COURT:  Do the parties agree that the Court should deem this case complex?

MR. CONFORTI:  Yes.

MR. PARMLEY:  Yes, please.

THE COURT:  So the Court will deem this case complex and find valid excludable time under the Speedy Trial Act.

Anything further today?

MR. PARMLEY:  Just briefly, your Honor.  The other thing I would add is that after the last hearing, we met with Counsel and went through the discovery together, a big chunk of it, and kind of outlined everything for him.  Since then, there have been a few more productions.  They have been much smaller.  We are not aware of any more that is to go out. Obviously, as we prepare for trial, if we find something, we have an obligation.  But as far as we're concerned, including expert notice, everything has been produced.  So --

THE COURT:  So did you -- do you have an expert on the immigration count?

MR. PARMLEY:  Not specifically, your Honor.

THE COURT:  Do you have a person who is the custodian of the A-File?

MR. PARMLEY:  Yes.  Yes.

THE COURT:  And will talk about that.

6

MR. PARMLEY:  Yes.  The immigrations -- the citizenship -- forgetting her title.  The person who did the interview will be testifying obviously as to what the Defendant said.  And she will talk about the forms that were filled out, and she'll be able to lay a foundation for them.  So she was personally involved in going over those forms with the Defendant.

THE COURT:  And do you have any experts that you've designated?

MR. PARMLEY:  Yes.  Those have been notified -- noticed both to the Court and to Counsel through letters potentially a linguist, whether or not that's an expert or not -- and we may be able to stipulate to some of that.  We're also going to have an expert who's testifying as to the harm this information caused the United States or the benefits to China.  I'm forgetting the --

MR. BARRY:  Licensing.

MR. PARMLEY:  Oh, yes, correct.  As far as the export control matter, how that export control system works and why these documents were export controlled and what that means and how one gets a license and all those kind of things.

THE COURT:  On the export control, are there any special restrictions that the Court has to impose?

MR. PARMLEY:  No, they're not classified documents.  I mean, we -- I'll talk to Counsel.  There may be a -- may be

7

some reason not to put them up in front of the public, but they're not classified, so --

THE COURT:  I had a case many years ago, and we gave a special notice.  It was an export control one.  I don't know if that applies here or not, but you can look in -- both sides can look into that.

MR. PARMLEY:  I will look at that, your Honor.  And if that's the case, we'll certainly include that in the motion in limine.

THE COURT:  All right.  Thank you.

Anything from the Defense?

MR. CONFORTI:  Not at this time, your Honor.

THE COURT:  All right. Thank you.

MR. PARMLEY:  Thank you, your Honor.

MR. BARRY:  Thank you.

MR. CONFORTI:  Thank you, your Honor.

THE CLERK:  That concludes all matters, and we're off the record.

(Proceedings concluded.)

8

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/Chinago Okonta                        3/2/2026
Transcriber                              Date

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

/s/L.L. Francisco
L.L. Francisco, President
Echo Reporting, Inc.

*Echo Reporting, Inc.*