UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 23CR1471-H |
| | ) | |
| Plaintiff, | ) | San Diego, California |
| | ) | |
| vs. | ) | Monday, |
| | ) | March 24, 2025 |
| JINCHAO WEI, | ) | 1:30 p.m. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TRANSCRIPT OF STATUS HEARING
BEFORE THE HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:          JOHN N. PARMLEY, ESQ.
                            United States Attorney's Office
                            880 Front Street
                            Suite 6293
                            (619) 557-5610

For Defendant:              PAYAM FAKHARARA, ESQ.
                            RICHARD D. FALLS, ESQ.
                            Federal Defenders of San Diego,
                              Inc.
                            225 Broadway
                            Suite 900
                            San Diego, California 92101
                            (858) 234-8467

Transcript Ordered by:      TODD W. BURNS, ESQ.

Court Recorder:             Lynnette Lawrence
                            United States District Court
                            333 West Broadway
                            San Diego, California 92101

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

ii

Transcriber:                      Chinago Okonta
                                  Echo Reporting, Inc.
                                  9711 Cactus Street, Suite B
                                  Lakeside, California 92101
                                  (858) 453-7590

1

SAN DIEGO, CALIFORNIA  MONDAY, MARCH 24, 2025 1:30 P.M.

--oOo--

THE CLERK:  Calling matter number 10, 23CR1471, United States of America versus Jinchao Wei, for a status hearing.

MR. FALLS:  Good afternoon, your Honor.  Deke Falls and Payam Pakharara for Jinchao Wei, who I'm not sure if he's going to be brought in or not.

THE COURT:  He should be here, I think.

MR. FALLS:  Okay.  Well, he'll be here shortly then, I guess.

THE COURT:  And are you expecting Mr. Conforti also to be here?

MR. FALLS:  I thought he would be here, so I'm not sure.

MR. PARMLEY:  John Parmley for the United States. Good afternoon.

THE COURT:  Good afternoon.

UNIDENTIFIED SPEAKER:  Good afternoon, your Honor.

THE COURT:  We'll e-mail him.

UNIDENTIFIED SPEAKER:  Okay.

MR. FALLS:  And Mr. Wei is now present before the Court, your Honor.

THE COURT:  Thank you.

We're e-mailing him, and then we'll also call him.

2

MR. PARMLEY:  I just sent him a text, your Honor. I'll let you know if I hear something.

THE COURT:  Okay.  Thank you.

(Pause.)

THE COURT:  Recall the case again.

THE CLERK:  Calling matter number 10, 23CR1471, United States of America versus Jinchao Wei, for a status hearing.

MR. FALLS:  Good afternoon, your  Honor.  Deke Files and Payam Fakharara, appearing on behalf of Jinchao Wei, who is present and in custody.

THE COURT:  Thank you.

MR. PARMLEY:  John Parmley on behalf of the United States.  Good afternoon again.

THE COURT:  Good afternoon.

What do you recommend the Court do?

MR. FALLS:  Your Honor, I'm not really sure what you had asked for for the A-File.  Maybe --

THE COURT:  I had asked for and the Government provided me a copy of the entire A-File.

MR. FALLS:  Okay.

THE COURT:  And I have reviewed it and have a copy of it.

I believe you had previously provided that to the Defense in discovery.  Is that right?

3

MR. PARMLEY:  That's correct, your Honor.

THE COURT:  And then I have separately reviewed the Government's exhibits that it intends to use from the A-File, but without any input from the Defense as to whether these are actually received or not in evidence.  That would be deferred to motions in limine or a later date.

MR. FALLS:  That seems fine with the Defense, your Honor.

THE COURT:  So I think this is our first hearing with you and co-counsel here.  Mr. Conforti we have left an e-mail.  The Government has sent a text to him.  We called, got an answering service, and have not yet responded.  The purpose of today's hearing was to confirm that I had reviewed the A-File, and then to welcome counsel on board and to confirm that the dates that we had set for the trial are -- and motions in limine are consistent with your schedule.

MR. FALLS:  Yes, they are, your Honor.

MR. FAKHARARA:  Yes, your Honor.

THE COURT:  All right.  And then you have met with your client?

MR. FALLS:  We have.

THE COURT:  All right.

MR. PARMLEY:  And just for the Court's information, we provided a copy of the discovery to Federal Defenders.  I think they got it late last week.

4

THE COURT:  Oh, I see.  So you have a full copy of the discovery?

MR. PARMLEY:  It was just easier for us to provide it, so we just provided it to them, yes.

THE COURT:  All right.  So should we wait for Mr. Conforti or -- because this was a status hearing about new counsel, what do you recommend we do?

MR. FALLS:  I don't see a need to wait for him, your Honor.

MR. PARMLEY:  I agree.

THE COURT:  All right.  Thank you.

The Court finds valid excludable time under the Speedy Trial Act.

MR. FALLS:  Thank you, your Honor.

MR. PARMLEY:  Thank you, your Honor.

MR. FALLS:  It's good to see you.

MR. PARMLEY:  Do you want -- would you like to keep that A-File, or do you want me to take it back from you? Whatever the Court's pleasure is.

THE COURT:  This is a copy?

MR. PARMLEY:  Yes.  You can have it if you would like.  I just --

THE COURT:  I'll just keep a copy.

MR. PARMLEY:  Sounds great.  Thank you.

THE CLERK:  That concludes all matters, and we're

off the record.

(Proceedings concluded.)

6

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/Chinago Okonta                    3/2/2026
Transcriber                          Date

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

/s/L.L. Francisco
L.L. Francisco, President
Echo Reporting, Inc.