UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No. 23CR1471-H
                           )
         Plaintiff,        )  San Diego, California
                           )
vs.                        )  Monday,
                           )  April 7, 2025
JINCHAO WEI,               )  1:30 p.m.
                           )
         Defendant.        )
_____)

                TRANSCRIPT OF STATUS HEARING
          BEFORE THE HONORABLE MARILYN L. HUFF
             UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        JOHN N. PARMLEY, ESQ.
                          United States Attorney's Office
                          880 Front Street
                          Suite 6293
                          (619) 557-5610

For Defendant:            JASON T. CONFORTI, ESQ.
                          Law Office of Jason T. Conforti
                          600 West Broadway
                          Suite 700
                          San Diego, California 92101
                          (619) 274-8036

                          PAYAM FAKHARARA, ESQ.
                          RICHARD D. FALLS, ESQ.
                          Federal Defenders of San Diego,
                            Inc.
                          225 Broadway
                          Suite 900
                          San Diego, California 92101
                          (858) 234-8467

Transcript Ordered by:    TODD W. BURNS, ESQ.

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

*Echo Reporting, Inc.*

ii

Court Recorder:                    Lynnette Lawrence
                                   United States District Court
                                   333 West Broadway
                                   San Diego, California 92101

Transcriber:                       Chinago Okonta
                                   Echo Reporting, Inc.
                                   9711 Cactus Street, Suite B
                                   Lakeside, California 92101
                                   (858) 453-7590

1

SAN DIEGO, CALIFORNIA  MONDAY, APRIL 7, 2025 1:30 PM

--oOo--

THE CLERK:  Calling matter number 7, 23CR1471, United States of America versus Jinchao Wei, for a status hearing.

MR. CONFORTI:  Good afternoon, your Honor.  Jason Conforti on behalf of Mr. Wei, who is in custody and will be present shortly.

THE COURT:  Good afternoon.

MR. FALLS:  And Deke Falls and Payam Fakharara for -- also for Mr. Wei.

THE COURT:  Good afternoon.

MR. PARMLEY:  John Parmley for the United States.  Good afternoon.

THE COURT:  Good afternoon.

Thank you.  Mr. Wei is now before the Court.  The Court has set this status re Counsel and want to find out -- and I received your apology for missing the last hearing.  Did the Government -- you sent him a text at the last hearing?

MR. PARMLEY:  While we were in court, yes.

THE COURT:  Did he respond to your text?

MR. PARMLEY:  Eventually, yes.  About -- well, he called me about an hour later, said he was just coming from the MCC.

THE COURT:  I see.  All right.  Thank you.

2

So could I meet privately with the Defense counsel and the Defendant?

MR. PARMLEY:  Absolutely.

THE COURT:  Thank you.  And we'll clear the court.  So the two individuals in the back, you need to leave.

Pardon me.  Yes, this will be under seal.  My staff is permitted to remain.  Thank you.

(Sealed portion of proceedings omitted.)

THE COURT:  Mr. Conforti has said that he thinks it's in his client's best interest for him to step aside.  He has a major capital -- potential capital case that's set for trial right after this one in November.  Federal Defenders has represented that they will be ready to go to trial in August.  And if we need to adjust that date slightly, we can see.  But we've reserved the date.  I have the time.  I have a few issues in September and October.  But if we had to, we certainly could.  But they will be ready to go.

And then Mr. Wei prefers to keep Mr. Conforti.  He's not a lawyer.  And I think in the best interest of Mr. Wei, it's best for Federal Defenders to take over.  They're here, and they're prepared to step in.  This is similar to other cases where conflicts arise and the Court then responds to those issues.

And I appreciate your professionalism in this decision.  Thank you.

3

MR. CONFORTI:  Thank you, your Honor.

MR. PARMLEY:  I don't have anything to add, your Honor, unless you need something from me.

THE COURT:  No.  I think the Government can't really --

MR. PARMLEY:  No.  I think --

THE COURT:  -- affect representation of counsel.

MR. PARMLEY:  And the Court certainly has the right to make that decision.  And as long as it's done in the interest of justice, which I think the Court has indicated it is being done, then I think I have nothing against that.

THE COURT:  All right.  Thank you.

MR. PARMLEY:  Thank you.

THE COURT:  Anything further?  Do we need to set a status -- you're reviewing if any additional motions need to be filed.  Is that right?

MR. FALLS:  I don't think we need to set a status at this time, your Honor.  And we'll let the Court know if we do.

THE COURT:  All right.  Thank you.

MR. PARMLEY:  All right.  Thank you, your Honor.

THE COURT:  Thank you.

MR. CONFORTI:  Thank you, your Honor.

THE CLERK:  That concludes the calendar.

(Proceedings concluded.)

4

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/Chinago Okonta                    3/2/2026
Transcriber                          Date

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

/s/L.L. Francisco
L.L. Francisco, President
Echo Reporting, Inc.

*Echo Reporting, Inc.*